# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| CYNTHIA BROWN, et al., | : |
| *Plaintiffs,* | : Case No. 2:24-cv-01401 |
| v. | : Judge James Lowell Graham |
| DAVID YOST, in his official capacity as Ohio Attorney General, | : Mag. Judge Elizabeth Preston Deavers |
| *Defendant.* | : |

## JOINT MOTION TO STAY DISCOVERY PENDING INTERLOCUTORY APPEAL

The parties hereby jointly move the Court to stay discovery and vacate the currently-scheduled May 14, 2024 deadline for filing their Fed. R. Civ. P. 26(f) report, pending Plaintiffs' interlocutory appeal to the Sixth Circuit (Case No. 24-3354).

On April 25, 2024, this Court denied Plaintiffs' motion for a temporary restraining order and preliminary injunction. Opinion and Order, Doc. 21 at PageID #203. Plaintiffs filed a notice of appeal of that order on April 26, 2024. Not. of App., Doc. 23 at PageID #223. On May 2, 2024, the Sixth Circuit ordered expedited briefing in that case, with Appellants' principal brief due May 6, 2024, Appellees' principal brief due May 13, 2024, and Appellants' reply brief due May 17, 2024. *Brown v. Yost*, 6th Cir. Case No. 24-3354, Doc. 16 at p. 1 (May 2, 2024).

The parties have conferred and, in the interest of judicial economy and the preservation of time and resources, jointly move this Court for an order staying discovery in this case, pending the conclusion of Plaintiffs' interlocutory appeal and the Sixth Circuit's relinquishment of jurisdiction over the same. The parties further request that this Court vacate and continue the associated deadline for filing their Fed. R. Civ. P. 26(f) report, currently scheduled for May 14, 2024.

1

Finally, the parties believe that granting the foregoing request would obviate the need for the telephonic preliminary pretrial currently scheduled for May 21, 2024. The parties defer to the Court's sound discretion in that regard but have no objection to a continuance of that conference consistent with the stay requested herein.

    Respectfully submitted,

    DAVE YOST
    Ohio Attorney General

    */s/ Julie M. Pfeiffer*
    JULIE M. PFEIFFER (0069792)*
    *Counsel Of Record*
    STEPHEN P. TABATOWSKI (0099175)
    ELIZABETH H. SMITH (0076701)
    Assistant Attorneys General
    Constitutional Offices Section
    30 East Broad Street, 16th Floor
    Columbus, Ohio 43215
    Tel: 614-466-2872 | Fax: 614-728-7592
    Julie.Pfeiffer@OhioAGO.gov
    Stephen.Tabatowski@OhioAGO.gov
    Elizabeth.Smith@OhioAGO.gov

    *Counsel for Defendant David Yost*

    */s/ Mark R. Brown (approved via email 5/14/2024)*
    MARK R. BROWN (0081941)
    Newton D. Baker / Baker & Hostetler Chair
    Capital University
    303 East Broad Street
    Columbus, Ohio 43215
    (614) 236-6590
    mbrown@law.capital.edu

    *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2024, a copy of the foregoing *Joint Motion to Stay Discovery Pending Interlocutory Appeal* was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing. Parties have access to this filing through the Court's system.

*/s/ Julie M. Pfeiffer*
JULIE M. PFEIFFER (0069792)
Assistant Attorney General
