Case No. 25-3179

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

CYNTHIA BROWN; CARLOS BUFORD; JENNY SUE ROWE

    Plaintiffs - Appellees

v.

DAVID YOST, In his Official Capacity as Ohio Attorney General

    Defendant - Appellant

BEFORE:  MOORE, BUSH and MATHIS, Circuit Judges.

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

                                **ENTERED BY ORDER OF THE COURT**
                                Kelly L. Stephens, Clerk

Issued: April 28, 2025